IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHERRY LEE FOUX,

      Plaintiff,

v.

ANDREW SAUL,

      Defendant.

3:17-CV-1476
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 30th DAY OF MARCH 2021, upon *de novo* review of Magistrate Judge Cohn's Report and Recommendation ("R&R") (Doc. 20), Defendant's Objections thereto (Doc. 21), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 20) is **NOT ADOPTED** for the reasons set forth in this Court's accompanying Memorandum Opinion.

2. Defendant's Objections (Doc. 21) are **SUSTAINED** for the reasons set forth in this Court's accompanying Memorandum Opinion.

3. The above-captioned matter is **REMANDED** to Magistrate Judge Cohn for further consideration of Plaintiff's claims of error (Doc. 17).

                                                          Robert D. Mariani
                                                          United States District Judge